UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY SHELBY, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> WELLS FARGO BANK, N.A., ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATION SERVICE, AND ) <br> BUCKLEY MADOLE, P.C., TRUSTEE, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:18-CV-0416-G (BH) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Since the plaintiff has not timely filed an amended complaint, defendant Buckley Madole, P.C.'s motion to dismiss and brief in support thereof, filed February 26, 2018 (docket entry 6), and defendants' motion to dismiss plaintiff's complaint and brief in support, filed April 3, 2018 (docket entry 11), are both **GRANTED**.

By separate judgment, all of the plaintiff's claims will be **DISMISSED** with prejudice.

**SO ORDERED**.

August 20, 2018.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**